**[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 1240.]**

MOSSING ET AL., APPELLANTS, *v*. STATE FARM INSURANCE COMPANY, APPELLEE.

**[Cite as *Mossing v. State Farm Ins. Co.*, 2000-Ohio-454.]**

*Appeal dismissed as improvidently allowed.*

(No. 99-159–Submitted December 1, 1999–Decided January 12, 2000.)

APPEAL from the Court of Appeals for Lucas County, No. L-98-1052.

————————

*The McQuades Co., L.P.A., Daniel P. McQuade* and *Alan L. Lehenbauer; Ward, Kaps, Bainbridge, Maurer & Melvin* and *Thomas H. Bainbridge*, for appellants.

*Manahan, Pietrykowski, Bamman & DeLaney* and *Cormac B. DeLaney*, for appellee.

*McCarthy, Palmer, Volkema & Thomas* and *Michael S. Miller*, urging reversal for *amicus curiae*, Ohio Academy of Trial Lawyers.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.*, and *James R. Gallagher*, urging affirmance for *amicus curiae*, Ohio Association of Civil Trial Attorneys.

————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————